# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 18, 2011

140241

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

ALESIA HARRIS, Personal Representative of
the Estate of Henry J. Harris, Deceased,
        Plaintiff-Appellant,

v

        SC: 140241
        COA: 285426
        WCAC: 06-000256

GENERAL MOTORS CORPORATION,
        Defendant-Appellee.

_____/

      On March 10, 2011, the Court heard oral argument on the application for leave to appeal the November 24, 2009 judgment of the Court of Appeals.  On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      HATHAWAY, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 18, 2011

0315

_____
Clerk